PER CURIAM.

(No. 75-CC-525—

CONTINENTAL BANK, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 3, 1975.*

CONTINENTAL BANK, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.